UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | Criminal No. 21-cr-10208-NMG(s) |
| ANDRE WATSON, ) | |
| ) | |
| Defendant. ) | |

**GOVERNMENT'S NOTICE OF ADDITIONAL AUTHORITY IN SUPPORT OF OPPOSITION TO MOTION TO SUPPRESS (Dkt. No. 449)**

The United States, by and through Assistant United States Attorney Alathea E. Porter, hereby submits this Notice of Additional Authority in support of its Opposition to the Motion to Suppress Wire and Electronic Communications filed by defendant Andre Watson (hereinafter, the "defendant").  *See* Motion to Suppress Wire and Electronic Communications, ECF Dkt. 436 (hereinafter, the "Motion to Suppress"); *see also* Government's Opposition to Motion to Suppress Wire and Electronic Communications, ECF Dkt. No. 449 (hereinafter, "Opposition").

In its Opposition, the government advised the Court that counsel for the defendant filed essentially identical motions to suppress in two separate cases before two separate judges in this district, and that United States Chief Judge F. Denis Saylor, IV rejected the argument and denied the motion to suppress.  *See* Opposition, at 1, fn. 1, and 9-11; *see also United States v. Joseph*, 2024 WL 456827 (D. Mass. Feb. 6, 2024) (J. Saylor) and *United States v. Joseph,* 21-cr-10338-AK.  At the time of the filing of the Opposition, the motion to suppress filed in the case before United States District Judge Angel Kelley was pending.  *See* Opposition, at 9, fn. 6.  On February 14, 2024, Judge Kelley issued an order denying the defendant's motion to suppress in that case.  *See United States v. Joseph,* 21-cr-10338-AK, Dkt. No. 82, attached hereto as Exhibit 1 (hereinafter, "Kelley Order").

As set forth in the Kelley Order, Judge Kelley adopted Chief Judge Saylor's opinion in the other *Joseph* case in full, and addressed and rejected the additional points raised in that case. *See id.*, at 4-6.

## CONCLUSION

For the reasons set forth in the Opposition, and further supported by Exhibit 1 attached hereto, the Court should deny the defendant's Motion to Suppress.

          Respectfully submitted,

          JOSHUA S. LEVY
          Acting United States Attorney

By:    /s/ *Alathea E. Porter*
       ALATHEA E. PORTER
       Assistant United States Attorney

Dated: February 14, 2024

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

          */s/ Alathea E. Porter*
          ALATHEA E. PORTER
          Assistant U.S. Attorney